IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH DALE SANDERS, <br> Reg. No. 40335-074 <br><br> Petitioner, <br><br> v. <br><br> WALTER WOODS, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:19-CV-189-WHA <br> ) <br> ) <br> ) <br> ) |

## ORDER

This 28 U.S.C. § 2241 petition for writ of habeas corpus is before the court on the January 22, 2021 Recommendation of the Magistrate Judge (Doc. #26). There being no timely objection to the Recommendation, and after an independent review of the file, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The instant 28 U.S.C. § 2241 petition for habeas corpus relief filed by Petitioner is DISMISSED for lack of jurisdiction; and

3. This case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

DONE this 23rd day of February, 2021.

                                                  /s/ W. Harold Albritton
                                    SENIOR UNITED STATES DISTRICT JUDGE